UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KONSTANTINOS SGAGIAS,** | : | CIV NO. 1:24-CV-1632 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **NEWBERRY TOWNSHIP POLICE** | : | |
| **DEPARTMENT, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW, this 12th day of September 2025, for the reasons set forth in the accompanying Memorandum Opinion, it is ordered as follows:

1. The York County defendants' motion to dismiss, (Doc. 24), is GRANTED and York County and David W. Sunday, Jr. should be terminated from this case.

2. Defendants Newberry Township Police Department and Braxton A. Ditty's motion to dismiss, (Doc. 29), is GRANTED as to the constitutional claims against the Newberry Township Police Department. The motion to dismiss is STAYED as to any remaining claims against the Newberry Township Police Department and Braxton A. Ditty.

3. The parties will notify the Court upon completion of the state criminal proceedings.

>*S/ Martin C. Carlson*
>Martin C. Carlson
>United States Magistrate Judge