UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KONSTANTINOS SGAGIAS,** | : | CIV NO. 1:24-CV-1632 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **NEWBERRY TOWNSHIP POLICE DEPARTMENT, et al.** | : | |
| | : | |
| **Defendants.** | : | |

# **ORDER**

AND NOW, this 23d day of December 2025, for the reasons set forth in the accompanying Memorandum Opinion, it is ordered as follows:

1. The plaintiff's Motion for Leave to File Fourth Amended Complaint, (Doc. 49), is DENIED.

2. The plaintiff's First Motion to Reopen Case, (Doc. 59), is DENIED in part and GRANTED in part as follows: the plaintiff's motion to file a fifth amended complaint is DENIED, but his motion to reopen these proceedings as to his surviving claims against Defendant Ditty and the Newberry Township Police Department is GRANTED.

3. On or before **January 2, 2026**, the parties shall provide the Court with an updated joint case management plan in this case.

1

<u>*S/ Martin C. Carlson*</u>
Martin C. Carlson
United States Magistrate Judge
